# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHERYL BASNIGHT,                )  | |
|     Plaintiff,             ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v.                                         ) | **CASE NO. 2:08-CV-27-F** |
| ) | |
| JOHN E. POTTER, Postmaster General ) | |
| U.S. Postal Service,                ) | |
|     Defendant.        ) | |

**Decision by Court.**

IT IS ORDERED AND ADJUDGED that the Defendant's Motion to Dismiss hereby is ALLOWED. The Clerk of Court is DIRECTED to close this case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 24, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Cheryl Basnight | Edward D. Gray |
| 862 Westway Drive | 310 New Bern Ave., Rm 800 |
| Elizabeth City, NC 27909 | Raleigh, NC 27601 |

| | |
|---|---|
| June 24, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |